Exhibit 1

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

| | |
|---|---|
| PRIMORIS T&D SERVICES, LLC, as assignee and successor-in-interest to TELCON SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PROSOURCE TECHNOLOGIES, LLC, <br><br> Defendant. | Case No.: C-15-CV-25-003542 |

**NOTICE OF SUBSTITUTION OF PRIMORIS T&D SERVICES, LLC, AS PLAINTIFF**

Primoris T&D Services, LLC ("Primoris"), by its undersigned counsel, hereby provides notice in accordance with Md. Rule 2-241(b) that Primoris shall be substituted for Telcon Services, LLC ("Telcon") as the plaintiff in this action, and further states:

1. Maryland Rule 2-241 permits the "proper person" to be substituted for a party who "transfers an interest in the action, whether voluntarily or involuntarily." Md. Rule 2-241(a)(3).

2. Telcon voluntarily transferred its interest in the claims asserted in this action against ProSource Technologies, LLC ("ProSource") to Primoris pursuant to an Assignment of Contract and Claims dated August 22, 2025. Accordingly, Primoris should be substituted for Telcon as the plaintiff pursuant to Md. Rule 2-241.

3. Primoris is a Delaware limited liability company with a principal office at 6831 N. Interstate 35, Denton, Texas 76207, and is authorized to transact business in the State of Maryland.

4. Primoris will serve all parties in the manner prescribed by Md. Rule 2-241(b).

*[signature on following page]*

Exhibit 1

Dated: September 4, 2025

Respectfully submitted,

/s/ Christopher J. Olsen

Christopher J. Olsen (AIS #1212120338)
PECKAR & ABRAMSON, P.C.
2055 L Street NW, Suite 750
Washington, DC 20036
Phone: (202) 293-8815
Fax:    (202) 293-7994
Email: colsen@pecklaw.com

**Attorneys for Primoris T&D Services, LLC**

Exhibit 1

## CERTIFICATION OF ADMISSION TO PRACTICE LAW IN MARYLAND

In accordance with Md. Rule 1-313, I hereby certify that I am admitted to practice law in the State of Maryland.

Dated: September 4, 2025

Respectfully submitted,

*/s/ Christopher J. Olsen*
Christopher J. Olsen (AIS #1212120338)
PECKAR & ABRAMSON, P.C.
2055 L Street NW, Suite 750
Washington, DC 20036
Phone: (202) 293-8815
Fax:    (202) 293-7994
Email: colsen@pecklaw.com

***Attorneys for Primoris T&D Services, LLC***

Exhibit 1

## CERTIFICATE OF SERVICE

I hereby certify that, on September 4, 2025, a true copy of the foregoing will be served

upon the parties as follows:

VIA MDEC:
Gregory H. Koger
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
***Attorneys for Telcon Services, LLC***

VIA PRIVATE PROCESS SERVER:
ProSource Technologies, LLC, through its
Resident Agent, Northwest Registered Agent
Service, Inc.
5000 Thayer Center, Suite C
Oakland, Maryland 21550
***Defendant***

*/s/ Christopher J. Olsen*
Christopher J. Olsen (AIS #1212120338)